IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

MINUTES OF PROCEEDINGS                                September 21, 1999

BEFORE HON. CARMEN CONSUELO CEREZO
United States District Judge

HECTOR A. TORRES

vs                                                    CIVIL 98-2064CCC

DAN GLICKMAN, et al

    By order of the Court, having Jorge Arroyo-Alejandro, counsel for plaintiff, informed on this date that the case has been settled, the **pretrial conference set for this date as well as the jury trial set for December 9, 1999 are VACATED.** Counsel will have ten (10) days to file stipulation. Parties to be notified.

*~A* - Secretary

9-22-99 s/c
Jury Clerk

s/c  J. Arroyo
     J. Mendoza
     SEP 2 3 1999

RECD.  TO JUDGE
SEP 2 3 1999