IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

ENTERED ON DOCKET
OCT 2 2 1999 PURSUANT
TO FRCP RULES 58 & 79a

HECTOR A. TORRES

Plaintiff

vs                                           CIVIL 98-2064CCC

DAN GLICKMAN, Secretary, U.S.
Department of Agriculture

Defendant

## JUDGMENT

Having considered the Stipulation for Compromise Settlement filed by the parties on October 6, 1999 (**docket entry 21**), the same is APPROVED and this action is hereby DISMISSED, with prejudice, pursuant to the terms and condition of said Stipulation.

SO ORDERED AND ADJUDGED.

At San Juan, Puerto Rico, on October 19, 1999.

CARMEN CONSUELO CEREZO
United States District Judge

s/c: J. Arroyo
     L. Mendoza

OCT 2 2 1999

AO 72A
(Rev.8/82)